UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES MORTEZ GORDNER                                              PETITIONER

V.                                              CIVIL NO. 3:23-CV-283-KHJ-MTP

COMMISSIONER BURL CAIN                                            RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses the case.

SO ORDERED AND ADJUDGED, this 18th day of August, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE